```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 12358
    RAMONDA GINEE HORACE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2350


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 05/15/2008 and was not confirmed.

      The case was dismissed without confirmation 11/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
REAL TIME RESOLUTIONS IN  CURRENT MORTG         .00         .00            .00
REAL TIME RESOLUTIONS IN  MORTGAGE ARRE     7855.54         .00            .00
WASHINGTON MUTUAL BANK    CURRENT MORTG         .00         .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE         .00         .00            .00
VILLAGE OF DOLTON         SECURED            175.00         .00            .00
AMERICAN EXPRESS          UNSECURED         3420.84         .00            .00
CHASE MANHATTAN           UNSECURED        NOT FILED        .00            .00
CITI CARDS                UNSECURED        NOT FILED        .00            .00
CITI CARDS                UNSECURED        NOT FILED        .00            .00
CITY OF CHICAGO PARKING   UNSECURED         1784.00         .00            .00
ECAST SETTLEMENT CORP     UNSECURED          443.96         .00            .00
GLOBAL PAYMENTS CHECK SV  UNSECURED        NOT FILED        .00            .00
GLOBAL PAYMENTS CHECK SV  UNSECURED        NOT FILED        .00            .00
GLOBAL PAYMENTS           UNSECURED        NOT FILED        .00            .00
H&F LAW                   UNSECURED        NOT FILED        .00            .00
H&F LAW                   UNSECURED        NOT FILED        .00            .00
ECAST SETTLEMENT CORP     UNSECURED          578.81         .00            .00
NICOR GAS                 UNSECURED        NOT FILED        .00            .00
NUVELL CREDIT CO LLC      UNSECURED        NOT FILED        .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED           51.31         .00            .00
TOYOTA MOTOR CREDIT CORP  UNSECURED        NOT FILED        .00            .00
HSBC BANK USA             NOTICE ONLY      NOT FILED        .00            .00
WASHINGTON MUTUAL         MORTGAGE NOTI    NOT FILED        .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       294.00        .00         294.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,500.00                    541.20
TOM VAUGHN                TRUSTEE                                        64.80
DEBTOR REFUND             REFUND                                           .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      900.00

PRIORITY                                          294.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12358 RAMONDA GINEE HORACE
```

```
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                   541.20
TRUSTEE COMPENSATION                                              64.80
DEBTOR REFUND                                                       .00
                                     ----------------   ----------------
TOTALS                                         900.00             900.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 02/25/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```